Same case below, 601 F.3d 842.

■

**No. 10-306. Steven Roberts, et al., Petitioners v. Jack F. Mentzer, et al.**

562 U.S. 1005, 131 S. Ct. 521, 178 L. Ed. 2d 374, 2010 U.S. LEXIS 8578.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 382 Fed. Appx. 158.

■

**No. 10-311. Advanced Towing Company LLC, et al., Petitioners v. Fairfax County Board of Supervisors.**

562 U.S. 1005, 131 S. Ct. 524, 178 L. Ed. 2d 374, 2010 U.S. LEXIS 8547.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 280 Va. 187, 694 S.E.2d 621.

■

**No. 10-321. Guy W. Parker, dba Parker International, Petitioner v. Michael B. Donley, Secretary of the Air Force.**

562 U.S. 1005, 131 S. Ct. 528, 178 L. Ed. 2d 374, 2010 U.S. LEXIS 8481.

■

**No. 10-331. Maunalua Bay Beach Ohana 28, et al., Petitioners v. Hawaii.**

562 U.S. 1005, 131 S. Ct. 529, 178 L. Ed. 2d 374, 2010 U.S. LEXIS 8503.

November 1, 2010. Petition for writ of certiorari to the Intermediate Court of Appeals of Hawaii denied.

Same case below, 122 Hawaii 34, 222 P.3d 441.

■

**No. 10-338. Domenic Tricome, Petitioner v. eBay, Inc.**

562 U.S. 1005, 131 S. Ct. 529, 178 L. Ed. 2d 374, 2010 U.S. LEXIS 8475, ■

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

■

**No. 10-342. Walter E. Kozachuk, Petitioner v. Medpointe Healthcare, Inc.**

562 U.S. 1005, 131 S. Ct. 529, 178 L. Ed. 2d 374, 2010 U.S. LEXIS 8628.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 373 Fed. Appx. 62.

■

**No. 10-345. Deniz Cinar Aydiner, Petitioner v. Oregon.**

562 U.S. 1005, 131 S. Ct. 530, 178 L. Ed. 2d 374, 2010 U.S. LEXIS 8647.

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 228 Or. App. 282, 208 P.3d 515.